NEW YORK & QUEENS TRANSIT CORPORATION, Appellant,
v. BROOKLYN UNION GAS COMPANY, Respondent.

Argued June 10, 1940; decided July 24, 1940.

*Wallace T. Stock* and *Harold J. Cloutman* for appellant.
*Maximilian Moss* and *Dimitri G. S. Eristoff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.